EILEEN M. TEICHERT, City Attorney (SBN 167027)
**MARCOS A. KROPF, Senior Deputy City Attorney (SBN 180898)**
MKropf@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA  95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA  95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO,
OFFICER MORRIS, OFFICER LANDBERG,
DETECTIVE COLLINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ROBERTS,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF SACRAMENTO; Sacramento City Police Officer Michael Morris (Badge #390); Sacramento City Police Officer Gerald Landberg (Badge #516); Sacramento City Police Officer Mitch Patterson (Badge #559); Sacramento City Police Detective Jason Collins (Badge #620); Joni Lowe; Governor's Square Apartments LLC; and Does 1 through 20,<br><br>    Defendants. | Case No.: 2:09-cv-01795-MCE-JFM<br><br>**REQUEST FOR EXTENSION OF TIME TO SUBMIT A JOINT STATUS REPORT; ORDER THEREON** |

Defendants, City of Sacramento, Officers Morris, Landberg and Detective Collins ("City Defendants"), with the agreement of the other parties to this action, request an extension of time to October 9, 2009, for the parties to submit a joint status report.

All named defendants have been served.  The City Defendants have answered the Amended Complaint and the remaining named defendants have stipulated with Plaintiff to file a responsive pleading by September 23, 2009.  The City Defendants have conferred with Plaintiff's counsel and counsel for the remaining defendants.  The parties agree with the

PDF created with pdfFactory trial version www.pdffactory.com

request for an extension of time to October 9, 2009, to submit the joint status report.  The extension of time will permit the parties additional time to confer and draft a joint status report addressing the matters specified in the Court's Order Requiring Joint Status Report.

DATED:  September 9, 2009
EILEEN M. TEICHERT,
City Attorney


By:_____
**MARCOS A. KROPF**
Senior Deputy City Attorney

Attorneys for the
CITY OF SACRAMENTO,
OFFICER MORRIS, OFFICER LANDBERG,
DETECTIVE COLLINS

### **ORDER**

The parties to this action are hereby granted an extension of time to prepare and submit to the Court a joint status report in compliance with the Court's Order Requiring Joint Status Report.  The parties shall now prepare and submit to the Court a joint status report by October 9, 2009.

IT IS SO ORDERED.

DATED: September 11, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

**REQUEST FOR EXTENSION OF TIME TO SUBMIT A JOINT STATUS REPORT; ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com