1 **LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
2 Guy Danilowitz, SBN # 257733
3 555 University Avenue, Suite 270
Sacramento, CA 95825
4 (916) 444-5678

5 Attorneys for Plaintiff
Kristina Roberts
6

7
**UNITED STATES DISTRICT COURT**
8
**EASTERN DISTRICT OF CALIFORNIA**
9

10
KRISTINA ROBERTS,
11                                               NO. 2:09-CV-01795-MCE-KJN
         Plaintiff,
12
   vs.                                           **STIPULATION FOR DISMISSAL**
13                                               **PURSUANT TO FRCP RULE 41;**
                                                 **ORDER**
14
CITY OF SACRAMENTO et al.,
15 Sacramento City Police Officer MICHAEL
MORRIS (Badge #390); Sacramento City
16 Police Officer GERALD LANDBERG
(Badge #516); Sacramento City Police
17 Officer MITCH PATTERSON (Badge
#559); Sacramento City Police Detective
18 JASON COLLINS (Badge #620); JONI
19 LOWE; GOVERNOR'S SQUARE
APARTMENTS LLC; and DOES 1 through
20 20.

21

22       Defendants.
23 _____/

24

25       IT IS HEREBY STIPULATED and agreed by and between Plaintiff

26 KRISTINA ROBERTS and Defendants CITY OF SACRAMENTO, MICHAEL MORRIS,

27 GERALD LANDBERG, MITCH PATTERSON, JASON COLLINS, JONI LOWE and

28 GOVERNOR'S SQUARE APARTMENTS LLC, by and through their undersigned counsel,

Roberts v. City of Sacramento et al. – Stipulation for Dismissal; Order

1

1  that any and all claims against all defendants be dismissed with prejudice pursuant to Rule
2  41(a)(2) of the Federal Rules of Civil Procedure.
3      Each party is to bear his, hers or its own costs and attorneys' fees, including any
4  entitlement to fees or costs pursuant to 42 U.S.C. Section 1988.

5

6  Dated: November 21, 2011          LAW OFFICE OF STEWART KATZ
7                                        /s/ Stewart Katz_____
                                      Stewart Katz,
8                                        Attorney for Plaintiff
9

10  Dated: November 21, 2011           /s/ Matthew D. Barnette
                                      MATTHEW D. BARNETTE
11                                      ALISSA R. PLEAU-FULLER
                                    Attorneys for Defendants
12                                      Governor's Square Apartments LLC and Joni
13                                      Lowe

14  Dated: November 21, 2011          EILEEN M. TEICHERT,
                                     City Attorney
15                                      By: /s/ Marcos A. Kropf
16                                      KATHLEEN ROGAN
                                    MARCOS A. KROPF
17                                      Senior Deputy City Attorney
                                    Attorneys for Defendants
18                                      City of Sacramento, Michael Morris,
19                                      Gerald Landberg, Mitch Patterson, and Jason
                                    Collins

20

21

22

23

24

25

26

27

28

Roberts v. City of Sacramento et al. – Stipulation for Dismissal; Order

**ORDER DISMISSING ACTION**

**IT IS SO ORDERED.** This entire action is dismissed with prejudice. All parties to bear his, her or its own costs and attorneys' fees.  The Clerk of the Court is directed to close this case, however, this Court shall retain jurisdiction to enforce the settlement agreement between the parties.

Dated:  November 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Roberts v. City of Sacramento et al. – Stipulation for Dismissal; Order

3