1  **LAW OFFICE OF STEWART KATZ**
2  Stewart Katz, SBN # 127425
   Guy Danilowitz, SBN # 257733
3  555 University Avenue, Suite 270
   Sacramento, CA  95825
4  (916) 444-5678

5  Attorneys for Plaintiff
   Kristina Roberts
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10
   KRISTINA ROBERTS,
11                                            NO. 2:09-CV-01795-MCE-KJN
             Plaintiff,
12
       vs.
13                                            **STIPULATION FOR DISMISSAL
                                              PURSUANT TO FRCP RULE 41;
14 CITY OF SACRAMENTO et al.,                 ORDER**
   Sacramento City Police Officer MICHAEL
15 MORRIS (Badge #390); Sacramento City
   Police Officer GERALD LANDBERG
16 (Badge #516); Sacramento City Police
   Officer MITCH PATTERSON (Badge
17 #559); Sacramento City Police Detective
   JASON COLLINS (Badge #620); JONI
18 LOWE; GOVERNOR'S SQUARE
19 APARTMENTS LLC; and DOES 1 through
   20.
20

21
22           Defendants.
   _____/
23

24

25        IT IS HEREBY STIPULATED and agreed by and between Plaintiff

26 KRISTINA ROBERTS and Defendants CITY OF SACRAMENTO, MICHAEL MORRIS,

27 GERALD LANDBERG, MITCH PATTERSON, JASON COLLINS, JONI LOWE and

28 GOVERNOR'S SQUARE APARTMENTS LLC, by and through their undersigned counsel,

Roberts v. City of Sacramento et al. – Stipulation for Dismissal; Order

1

1  that any and all claims against all defendants be dismissed with prejudice pursuant to Rule
2  41(a)(2) of the Federal Rules of Civil Procedure.
3       Each party is to bear his, hers or its own costs and attorneys' fees, including any
4  entitlement to fees or costs pursuant to 42 U.S.C. Section 1988.

6  Dated: November 21, 2011                LAW OFFICE OF STEWART KATZ
7                                           /s/ Stewart Katz_____
                                         Stewart Katz,
8                                           Attorney for Plaintiff

10 Dated: November 21, 2011                 /s/ Matthew D. Barnette
                                         MATTHEW D. BARNETTE
11                                          ALISSA R. PLEAU-FULLER
                                         Attorneys for Defendants
12                                          Governor's Square Apartments LLC and Joni
13                                          Lowe

14 Dated: November 21, 2011                EILEEN M. TEICHERT,
                                         City Attorney
15                                          By: /s/ Marcos A. Kropf
16                                          KATHLEEN ROGAN
                                         MARCOS A. KROPF
17                                          Senior Deputy City Attorney
18                                          Attorneys for Defendants
                                         City of Sacramento, Michael Morris,
19                                          Gerald Landberg, Mitch Patterson, and Jason
                                         Collins

20

21

22

23

24

25

26

27

28

Roberts v. City of Sacramento et al. – Stipulation for Dismissal; Order

1   **ORDER DISMISSING ACTION**

3   **IT IS SO ORDERED.** This entire action is dismissed with prejudice. All parties to bear his, her or its own costs and attorneys' fees. The Clerk of the Court is directed to close this case, however, this Court shall retain jurisdiction to enforce the settlement agreement between the parties.

Dated: November 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Roberts v. City of Sacramento et al. – Stipulation for Dismissal; Order

3